|                   |                       |
|-------------------|-----------------------|
| The Honorable:    | EUGENE R. WEDOFF      |
| Chapter 7         |                       |
| Location:         | Room 744              |
| Hearing Date:     | 09/25/2012            |
| Hearing Time:     | 10:00am               |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | SEAMAN, THOMAS SCOTT | § | Case No. 11-47911 |
|--------|----------------------|---|-------------------|
|        | SEAMAN, JERI M.      | § |                   |
| Debtor(s) |                   | §§ |                  |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/25/2012 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

| Date Mailed: 08/16/2012 | By: | /s/KAREN R. GOODMAN |
|                         |     | Trustee              |

KAREN R. GOODMAN
SHEFSKY & FROELICH LTD.
111 EAST WACKER DRIVE
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: EUGENE R. WEDOFF |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111 East Wacker Drive | Location: Room 744 |
| SUITE 2800 | Hearing Date: 09/25/2012 |
| CHICAGO, IL 60601 | Hearing Time: 10:00am |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SEAMAN, THOMAS SCOTT § Case No. 11-47911
SEAMAN, JERI M. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 44,972.96 |
| *and approved disbursements of* | $ 7,664.28 |
| *leaving a balance on hand of* [1] | $ 37,308.68 |
| **Balance on hand:** | $ 37,308.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 37,308.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 4,876.60 | 0.00 | 4,876.60 |
| Trustee, Expenses - KAREN R. GOODMAN | 30.06 | 0.00 | 30.06 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 3,645.00 | 0.00 | 3,645.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,825.00 | 0.00 | 1,825.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|   |   |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,391.96 |
| Remaining balance: | $ 26,916.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 26,916.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 26,916.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,165.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 4,086.37 | 0.00 | 1,828.17 |
| 2 | Quantum3 Group LLC as agent for | 767.21 | 0.00 | 343.23 |
| 3 | Capital One, N.A. | 2,297.74 | 0.00 | 1,027.96 |
| 4 | Drs. Girgis & Associates | 785.92 | 0.00 | 351.60 |
| 5 | Credit First National Association | 2,087.85 | 0.00 | 934.06 |
| 6 | Citibank, N.A. | 130.32 | 0.00 | 58.30 |
| 7 | Capital One Bank (USA), N.A. | 11,232.28 | 0.00 | 5,025.09 |
| 8 | Von Maur | 383.69 | 0.00 | 171.65 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | GE Capital Retail Bank | | 0.00 | |
| 10 | Discover Bank | 4,680.14 | 0.00 | 2,093.80 |
| 11 | WORLD'S FOREMOST BANK | 6,896.23 | 0.00 | 3,085.23 |
| 12 | PYOD, LLC its successors and assigns as assignee | 15,351.58 | 0.00 | 6,867.97 |
| 13 | PYOD, LLC its successors and assigns as assignee | 11,230.90 | 0.00 | 5,024.47 |

Total to be paid for timely general unsecured claims: $ 26,916.72
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                                Case No. 11-47911-ERW
Thomas Scott Seaman                                                   Chapter 7
Jeri M. Seaman
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: mmyers                 Page 1 of 3                   Date Rcvd: Aug 17, 2012
                               Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2012.
db/jdb         +Thomas Scott Seaman,   Jeri M. Seaman,   1517 Race Street,   Western Springs, IL 60558-1313
aty            +Karen R Goodman,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
                 Chicago, IL 60601-4277
18105968       +Arthur W. Rummler,   799 Roosevelt Road,   Building 2, Suite 104,   Glen Ellyn, IL 60137-5919
18105969       +Ashley Seaman,   1517 Race Street,   Western Springs, IL 60558-1313
18105970       +Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
18105971       +Cabelas Club Visa,   PO Box 82519,   Lincoln, NE 68501-2502
18105972        Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
18569273       +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
18105973        Chase Mortgage,   PO Box 9001020,   Louisville, KY 40290-1020
18105974       +Citicard,   Processing Center,   Des Moines, IA 50363-0001
18105976       +Credit First National Assoc.,   PO Box 81344,   Cleveland, OH 44188-0001
18588923       +Credit First National Association,   Po Box 818011,   Cleveland, OH 44181-8011
18105977       +Discover,   PO Box 30420,   Salt Lake City, UT 84130-0420
18105978       +Dr. Birnholtz,   120 Oakbrook Ctr.,   Oak Brook, IL 60523-1806
18105979       +Dr. Dorne,   950 N. York Road,   Hinsdale, IL 60521-8648
18105980       +Drs. Girgis & Associates,   908 Elm Street, Ste. 306,   Hinsdale, IL 60521-2647
18105981        Express,   PO Box 659728,   San Antonio, TX 78265-9728
18105986        Sears Premiere Mastercard,   PO Box 183082,   Columbus, OH 43218-3082
18105987       +US Department of Education,   PO Box 530260,   Atlanta, GA 30353-0260
18632264      ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,   6565 Brandy Street,   Davenport, IA 52806)
18915883        WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
18463466        Westbrook Open MRI,   Department 4204,   Carol Stream IL 60122-4204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18627455        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2012 02:47:55     Capital One Bank (USA), N.A.,
                 PO Box 248839,   Oklahoma City, OK 73124-8839
18604663        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2012 01:48:11     Citibank, N.A.,
                 c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK 73124-8840
18526567        E-mail/Text: bankruptcy@commercebank.com Aug 18 2012 00:55:57     Commerce Bank,   P O BOX 419248,
                 KCREC-10,   Kansas City, MO 64141-6248
18105975        E-mail/Text: bankruptcy@commercebank.com Aug 18 2012 00:55:57     Commerce Bank,   PO Box 806000,
                 Kansas City, MO 64180-6000
18915429        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 18 2012 02:50:41     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18690478        E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2012 02:51:26     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18105982        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2012 00:48:21     Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
18105983        E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2012 02:51:26     Old Navy,   PO Box 530942,
                 Atlanta, GA 30353-0942
18921812       +E-mail/Text: resurgentbknotifications@resurgent.com Aug 18 2012 00:47:25
                 PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
18531288        E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2012 00:55:20
                 Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lee Coleman
18105985*      +Jeri M. Seaman,   1517 Race Street,   Western Springs, IL 60558-1313
18105984*      +Thomas Scott Seaman,   1517 Race Street,   Western Springs, IL 60558-1313
18105988*     ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,   PO Box 790298,   Saint Louis, MO 63179)
                                                                                  TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: mmyers              Page 2 of 3            Date Rcvd: Aug 17, 2012
                              Form ID: pdf006           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2012**            **Signature:**          _Joseph Speetjens_

```
District/off: 0752-1          User: mmyers              Page 3 of 3               Date Rcvd: Aug 17, 2012
                              Form ID: pdf006          Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2012 at the address(es) listed below:

        Arthur W Rummler   on behalf of Debtor Thomas Seaman arthur.rummler@gmail.com,
         artrummler@juno.com
        Karen R Goodman   kgoodman@shefskylaw.com, il24@ecfcbis.com;sfdocket@shefskylaw.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                            TOTAL: 3