| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: EUGENE R. WEDOFF |
| SHEFSKY & FROELICH, LTD | Chapter   7 |
| 111East Wacker Drive | Location: |
| SUITE 2800 | Hearing Date:                                         / / |
| CHICAGO, IL  60601 | Hearing Time: |
| (312) 527-4000 | Response Date:                                       / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  SEAMAN, THOMAS SCOTT            §    Case No. 11-47911
        SEAMAN, JERI M.                 §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $1,934.62                Assets Exempt:  $77,405.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $26,916.72     Claims Discharged
                                                Without Payment: $33,248.64

Total Expenses of Administration: $14,349.24

---

3) Total gross receipts of $   44,972.96   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   3,707.00   (see **Exhibit 2**), yielded net receipts of $41,265.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,349.24 | 14,349.24 | 14,349.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 60,165.36 | 60,165.36 | 26,916.72 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,514.60 | $74,514.60 | $41,265.96 |

4) This case was originally filed under Chapter 7 on November 29, 2011. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2012          By: /s/KAREN R. GOODMAN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| One-quarter beneficial interest in Land Trust | 1129-000 | 44,679.96 |
| 94 Buick. Average condition for age. Location: I | 1129-000 | 293.00 |
| **TOTAL GROSS RECEIPTS** | | **$44,972.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeri Seaman | Debtor's wildcard exemption less equity in Buick | 8100-002 | 3,707.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,707.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 4,876.60 | 4,876.60 | 4,876.60 |
| KAREN R. GOODMAN | 2200-000 | N/A | 30.06 | 30.06 | 30.06 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 3,645.00 | 3,645.00 | 3,645.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,825.00 | 1,825.00 | 1,825.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| ALAN D. LASKO | 3420-000 | N/A | 15.30 | 15.30 | 15.30 |
| First American Title Insurance Co. | 3510-000 | N/A | 906.25 | 906.25 | 906.25 |
| First American Title Insurance Co. | 2500-000 | N/A | 552.31 | 552.31 | 552.31 |
| First American Title Insurance Co. | 2500-000 | N/A | 112.50 | 112.50 | 112.50 |
| First American Title Insurance Co. | 3210-000 | N/A | 112.50 | 112.50 | 112.50 |
| First American Title Insurance Co. | 2820-000 | N/A | 2,231.13 | 2,231.13 | 2,231.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.59 | 42.59 | 42.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$14,349.24** | **$14,349.24** | **$14,349.24** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | N/A | 4,086.37 | 4,086.37 | 1,828.17 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 767.21 | 767.21 | 343.23 |
| 3 | Capital One, N.A. | 7100-000 | N/A | 2,297.74 | 2,297.74 | 1,027.96 |
| 4 | Drs. Girgis & Associates | 7100-000 | N/A | 785.92 | 785.92 | 351.60 |
| 5 | Credit First National Association | 7100-000 | N/A | 2,087.85 | 2,087.85 | 934.06 |
| 6 | Citibank, N.A. | 7100-000 | N/A | 130.32 | 130.32 | 58.30 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 11,232.28 | 11,232.28 | 5,025.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Von Maur | 7100-000 | N/A | 383.69 | 383.69 | 171.65 |
| 9 | GE Capital Retail Bank | 7100-000 | N/A | 235.13 | 235.13 | 105.19 |
| 10 | Discover Bank | 7100-000 | N/A | 4,680.14 | 4,680.14 | 2,093.80 |
| 11 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 6,896.23 | 6,896.23 | 3,085.23 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 15,351.58 | 15,351.58 | 6,867.97 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 11,230.90 | 11,230.90 | 5,024.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $60,165.36 | $60,165.36 | $26,916.72 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-47911  
**Case Name:** SEAMAN, THOMAS SCOTT  
SEAMAN, JERI M.  
**Period Ending:** 11/09/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/29/11 (f)  
**§341(a) Meeting Date:** 01/11/12  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  One-quarter beneficial interest in Land Trust | Unknown | 0.00 | | 44,679.96 | FA |
| 2  1517 Race Street, Western Springs - one single f  Orig. Asset Memo: Imported from original petition Doc# 1 | 385,000.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account Location: In debtor's possessio  Orig. Asset Memo: Imported from Amended Doc#: 26 | 1.17 | 1.17 | DA | 0.00 | FA |
| 4  Hinsdale Bank Savings Account Location: In debto  Orig. Asset Memo: Imported from Amended Doc#: 26 | 26.45 | 26.45 | DA | 0.00 | FA |
| 5  Household Goods and Furnishings. Five of furnitu  Orig. Asset Memo: Imported from Amended Doc#: 26  (See Footnote) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 6  Family pictures Location: In debtor's possession  Orig. Asset Memo: Imported from Amended Doc#: 26 | 600.00 | 0.00 | | 0.00 | FA |
| 7  Music/media and dvds Location: In debtor's posse  Orig. Asset Memo: Imported from Amended Doc#: 26 | 500.00 | 0.00 | | 0.00 | FA |
| 8  Clothing for one man Location: In debtor's posse  Orig. Asset Memo: Imported from Amended Doc#: 26 | 500.00 | 0.00 | | 0.00 | FA |
| 9  Clothing for one woman Location: In debtor's pos  Orig. Asset Memo: Imported from Amended Doc#: 26 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  Thrift store fur and wedding ring Location: In d  Orig. Asset Memo: Imported from Amended Doc#: 26 | 1,100.00 | 100.00 | | 0.00 | FA |
| 11  2 used shotguns, golf clubs and Huffy bike Locat  Orig. Asset Memo: Imported from Amended Doc#: 26  (See Footnote) | 1,050.00 | 1,050.00 | | 0.00 | FA |
| 12  Term Life Insurance. No cash value. Both debtors  Orig. Asset Memo: Imported from Amended Doc#: 26 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-47911  
**Case Name:** SEAMAN, THOMAS SCOTT  
SEAMAN, JERI M.  
**Period Ending:** 11/09/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/29/11 (f)  
**§341(a) Meeting Date:** 01/11/12  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 401k husband Location: In debtor's possession<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 60,000.00 | 0.00 | | 0.00 | FA |
| 14 | One share of Walmart stock Location: In debtor's<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | DUPLICATE<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | Possible income tax refund Location: In debtor's<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,793.00 | 0.00 | | 0.00 | FA |
| 17 | 1997 Toyota Ray approx. 110,000 miles. Average c<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 1,907.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2002 Chevy Venture. Approx. 147,000 miles. Avera<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 2,105.00 | 0.00 | | 0.00 | FA |
| 19 | 94 Buick. Average condition for age. Location: I<br>Orig. Asset Memo: Imported from Amended Doc#: 26 | 500.00 | 293.00 | | 293.00 | FA |
| 20 | Income tax refund Location: In debtor's possessi<br>Imported from Amended Doc#: 26 | 2,793.00 | 0.00 | | 0.00 | FA |
| 20 | **Assets Totals** (Excluding unknown values) | **$462,875.62** | **$4,470.62** | | **$44,972.96** | **$0.00** |

RE PROP# 5      Unlikely sale of used furnishings will exceed cost of sale.
RE PROP# 11    Unlikely sale of used items will result in recovery that will exceed cost of sale.

**Major Activities Affecting Case Closing:**

    File TFR.

Printed: 11/09/2012 11:51 AM     V.13.04

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 11-47911  
**Case Name:** SEAMAN, THOMAS SCOTT  
SEAMAN, JERI M.  
**Period Ending:** 11/09/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 11/29/11 (f)  
**§341(a) Meeting Date:** 01/11/12  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 31, 2012     **Current Projected Date Of Final Report (TFR):** August 16, 2012 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-47911  
**Case Name:** SEAMAN, THOMAS SCOTT  
SEAMAN, JERI M.  
**Taxpayer ID #:** **-***2410  
**Period Ending:** 11/09/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/12 | | First American Title Insurance Co. | Sale of Debtor's interest in land trust per Court Order dated 5/22/12 | | 41,058.27 | | 41,058.27 |
| | {1} | | Proceeds from sale of 1/4 beneficial interest in land trust per court order dated 5/22/12   42,832.00 | 1129-000 | | | 41,058.27 |
| | {1} | | Taxes returned to 1/4 beneficial interest holder   2,974.84 | 1129-000 | | | 41,058.27 |
| | {1} | | Ernest Money   -1,126.88 | 1129-000 | | | 41,058.27 |
| | | | Real Estate Broker Commission   -906.25 | 3510-000 | | | 41,058.27 |
| | | | Title Fees paid at closing   -552.31 | 2500-000 | | | 41,058.27 |
| | | | Survey fee paid at closing   -112.50 | 2500-000 | | | 41,058.27 |
| | | | Attorney fee paid at closing   -112.50 | 3210-000 | | | 41,058.27 |
| | | | Real Estate taxes paid at closing   -2,231.13 | 2820-000 | | | 41,058.27 |
| | {19} | | Equity deducted from Debtor's exemption   293.00 | 1129-000 | | | 41,058.27 |
| 06/18/12 | 101 | Jeri Seaman | Debtor's wildcard exemption less equity in Buick | 8100-002 | | 3,707.00 | 37,351.27 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.59 | 37,308.68 |
| 09/26/12 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 09.25.2012 | 3420-000 | | 15.30 | 37,293.38 |
| 09/26/12 | 103 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 09.25.2012 | 3410-000 | | 1,825.00 | 35,468.38 |
| 09/26/12 | 104 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 09.25.2012 | 2200-000 | | 30.06 | 35,438.32 |
| 09/26/12 | 105 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 09.25.2012 | 2100-000 | | 4,876.60 | 30,561.72 |
| 09/26/12 | 106 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 09.25.2012 | 3110-000 | | 3,645.00 | 26,916.72 |
| 09/26/12 | 107 | Commerce Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 1,828.17 | 25,088.55 |
| 09/26/12 | 108 | Quantum3 Group LLC as agent for | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 343.23 | 24,745.32 |

Subtotals :   $41,058.27   $16,312.95

{} Asset reference(s)                    Printed: 11/09/2012 11:51 AM   V.13.04

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-47911  
**Case Name:** SEAMAN, THOMAS SCOTT  
SEAMAN, JERI M.  
**Taxpayer ID #:** **-***2410  
**Period Ending:** 11/09/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/12 | 109 | Capital One, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 1,027.96 | 23,717.36 |
| 09/26/12 | 110 | Drs. Girgis & Associates | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 351.60 | 23,365.76 |
| 09/26/12 | 111 | Credit First National Association | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 934.06 | 22,431.70 |
| 09/26/12 | 112 | Citibank, N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 58.30 | 22,373.40 |
| 09/26/12 | 113 | Capital One Bank (USA), N.A. | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 5,025.09 | 17,348.31 |
| 09/26/12 | 114 | Von Maur | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 171.65 | 17,176.66 |
| 09/26/12 | 115 | GE Capital Retail Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 105.19 | 17,071.47 |
| 09/26/12 | 116 | Discover Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 2,093.80 | 14,977.67 |
| 09/26/12 | 117 | WORLD'S FOREMOST BANK | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 3,085.23 | 11,892.44 |
| 09/26/12 | 118 | PYOD, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 12 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 6,867.97 | 5,024.47 |
| 09/26/12 | 119 | PYOD, LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 13 PER COURT ORDER DATED 09.25.2012 | 7100-000 | | 5,024.47 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 41,058.27 | 41,058.27 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 41,058.27 | 41,058.27 | |
| Less: Payments to Debtors | | 3,707.00 | |
| NET Receipts / Disbursements | $41,058.27 | $37,351.27 | |

{} Asset reference(s)

Printed: 11/09/2012 11:51 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-47911 | | **Trustee:** | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| **Case Name:** | SEAMAN, THOMAS SCOTT | | **Bank Name:** | The Bank of New York Mellon |
| | SEAMAN, JERI M. | | **Account:** | 9200-******70-66 - Checking Account |
| **Taxpayer ID #:** | **-***2410 | | **Blanket Bond:** | $61,494,000.00  (per case limit) |
| **Period Ending:** | 11/09/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******70-66** | **41,058.27** | **37,351.27** | **0.00** |
| | $41,058.27 | $37,351.27 | $0.00 |

{} Asset reference(s)

Printed: 11/09/2012 11:51 AM     V.13.04